FILED

APR 8 1997

LARRY W. PROPES, CLERK
COLUMBIA, S. C.

Entered: 4-8-97

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

In Re: Air Crash Disaster at Charlotte,
North Carolina on July 2, 1994

**JUDGMENT**

RICHARD DEMARY,

        *Plaintiff,*

v.

    C/A No. 3:96-1117-17

UNITED STATES OF AMERICA,

        *Defendant.*

---

**Decision by the Court.** This action came to trial without a jury before the Court, Honorable Joseph F. Anderson, Jr., District Judge, presiding. The issues having been duly tried and the Court having issued its Findings of Fact and Conclusions of Law as of this date,

    IT IS ORDERED AND ADJUDGED that the plaintiff, Richard DeMary, recover of the defendant, the United States of America, actual damages in the sum of Five Hundred Sixty-Nine Thousand, Eight Hundred Twenty-One and 42/100 ($569,821.42) Dollars. Post judgment interest shall accrue at the rate of 6.00 percent.

April 8, 1997

LARRY W. PROPES

---
*Date*

---
*Clerk*

*Gail D. Hayden*
By: *Gail D. Hayden, Deputy Clerk*

APPROVED:

Joseph F. Anderson, Jr.
United States District Judge