SCANNED
FILED
JUN 17 1997
LARRY W. PROPES, CLERK
COLUMBIA, S.C.

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

Entered: 6-17-97

| | |
|---|---|
| In Re: Air Crash Disaster at Charlotte, North Carolina on July 2, 1994 | **AMENDED JUDGMENT** |
| RICHARD DEMARY<br>*Plaintiff,*<br>v.<br>UNITED STATES OF AMERICA,<br>*Defendant.* | C/A No. 3:96-1117-17 |

**Decision by the Court.** This action came to trial without a jury before the Court, Honorable Joseph F. Anderson, Jr., District Judge, presiding. On May 1, 1997, the Court having heard plaintiff's motion to reconsider the amount of damages; and, the Court having granted on June 13, 997 the motion as it relates to physical and emotional suffering,

IS ORDERED AND ADJUDGED that the plaintiff, Richard Demary, recover of the defendant, the United States of America, actual damages in the sum of Six Hundred Forty Nine Thousand Eight Hundred Twenty One and 42/100 ($649,821.42) Dollars. Post judgment interest shall accrue at the original rate of 6.00 percent.

June 17, 1997

*Date*

LARRY W. PROPES

*Clerk*

By: Gail D. Hayden, Deputy Clerk

APPROVED:

Joseph F. Anderson, Jr.
United States District Judge